UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

CASE NO.: 21-10114-PDR
CHAPTER 11 Subchapter V

IN RE:

BURGER MIAMI, LLC

    Debtor.
_____/

**NOTICE TO WITHDRAW DOCUMENT**

Debtor, BURGER MIAMI, LLC, by and through the undersigned attorney, provides this Notice of Withdrawal of the Certificate of Service [DE 49], filed March 8, 2021 and states:

1. The incorrect case number was inadvertently listed on the document.

2. The corrected document will be subsequently and properly filed.

3. Accordingly, the originally filing at DE 49 is to be withdrawn.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was provided via EM/ECF and/or Regular U.S. mail to all necessary parties on this 8th day of March 2021.

    BORBON & ASSOCIATES, P.A.
    *Attorney for Debtor*
    814 Ponce de Leon Blvd., Suite 210
    Coral Gables, FL 33134
    Telephone: (305) 595-3115
    j@borbonlaw.com

By:   /s/ Jerry Borbon
       Jerry A. Borbon
       Florida Bar No.: 43360