UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT LAUDERDALE DIVISION

CASE NO.: 21-10114-PDR
CHAPTER 11 Subchapter V

IN RE:

BURGER MIAMI, LLC

    Debtor.
_____/

### DEBTOR'S MOTION TO DISMISS VOLUNTARY PETITION

Debtor, Burger Miami, LLC, by and through the undersigned attorney, respectfully moves this Honorable Court for an Order Dismissing this voluntary Chapter 11 case, and in support thereof and states as follows:

1. The Debtor's Chapter 11 Subchapter V Bankruptcy Petition was filed on January 7, 2021.

2. The trigger for Debtor's filing under Subchapter V seeking the corresponding bankruptcy protection was the pending and imminent eviction it was facing from its landlord, Weston TC LLC ("WTC").

3. The Debtor has now reached an agreement with WTC regarding the underlying lease and possession of the location (the "Agreement").

4. Moreover, the primary factor leading to Debtor's default throughout 2020 on said lease was the material financial hardship it was facing due directly to COVID-19.

5. Unfortunately, Debtor, as a restaurant in the dine-in food service industry, which has been one of the hardest hit by the pandemic, continues to experience financial hardship and has been unable to secure additional capital or financing despite diligent and continuance efforts, making a reorganization under Chapter 11 unviable.

6. In consideration of the deadline(s) under the Agreement with its landlord, Debtor hereby respectfully requests to shorten the 21-day notice period for hearing on this Motion, and

further requests that said hearing be set for April 26, 2021, or as soon thereafter as this Court may provide.

WHEREFORE, the debtor respectfully requests that, after notice and a hearing, the Court enter an Order dismissing the Debtor's Chapter 11 case.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was provided via CM/ECF to Linda Marie Leali , the Chapter 11 Trustee, the Office U.S. Trustee, and Creditor, Weston TC LLC, and to all other parties via US mail, on this 8th day of April, 2021.

BORBON & ASSOCIATES, P.A.
Attorneys for Debtor
814 Ponce de Leon Blvd., Suite 210
Coral Gables, Florida 33134
Telephone     (305) 340-5959
j@borbonlaw.com

By:    /s/ Jerry Borbon_____
Jerry A. Borbon
Florida Bar No.: 43360